UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANGELO FERGUSON,

      Plaintiff,

     v.

H.D.S.P.,

      Defendant.

Case No.  2:21-cv-01075-APG-EJY

**ORDER**

I.     **DISCUSSION**

On June 7, 2021, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a Notice of Motion and Motion (ECF Nos. 1-1, 1-2).  Plaintiff has not submitted a complaint or a fully complete application to proceed *in forma pauperis*.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court."  Fed. R. Civ. P. 3.  As such, the Court grants Plaintiff until **August 9, 2021** to submit a complaint to this Court.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

The Court will grant Plaintiff a **one-time extension** to file a complaint and a fully complete application to proceed *in forma pauperis* containing all three of the required documents.  Plaintiff

shall file a complaint and a fully complete application to proceed *in forma pauperis* on or before **August 9, 2021**.  Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of time.  If Plaintiff is unable to file a complaint and a fully complete application to proceed *in forma pauperis* with all three required documents on or before **August 9, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to file a complaint and acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis*.

A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint and has all three documents needed to submit with an application to proceed *in forma pauperis*.  Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **August 9, 2021** to proceed with this case.

## II.      CONCLUSION

For the foregoing reasons, IT IS HEREBY ORDERED that Plaintiff shall submit a complaint to this Court on or before **August 9, 2021**.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.  The Clerk of the Court shall also send Plaintiff a copy of his Notice of Motion and Motion.  (ECF Nos. 1-1, 1-2).

IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **August 9, 2021**, Plaintiff shall either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

1    (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official

2    (i.e. page 4 of this Court's approved form), and

3    (3) a copy of the **inmate's prison or jail trust fund account statement for the previous**

4    **six-month period**.

5    IT IS FURTHER ORDERED that, if Plaintiff does not file a complaint and a fully complete

6    application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for

7    a civil action on or before **August 9, 2021**, this case will be subject to dismissal <u>without prejudice</u>

8    for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff is able to file

9    a complaint and has all three documents needed to file a complete application to proceed *in forma*

10    *pauperis* or pays the full $402 filing fee.

11    DATED this 11th day of June, 2021.

12

13    ELAYNA J. YOUCHAH
      UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21    .

22

23

24

25

26

27

28